# Notice Recipients

District/Off: 0971−5   User: rrombawa   Date Created: 12/12/2018
Case: 18−52732   Form ID: OFRDNI   Total: 3

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SJ     USTPRegion17.SJ.ECF@usdoj.gov
aty     Charles B. Greene     cbgattyecf@aol.com

                                                                                                                        TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Tortia Investments, LLC     330 Day Road     Gilroy, CA 95020

                                                                                                                        TOTAL: 1